WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
   Attorney for Plaintiff

FILED'06 MAY 23 15:50 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**WILLIAM O'CONNER,**　　　　　　　　　　　　　　　　CV # 04-1744-KI

   Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　　　　　ORDER

**COMMISSIONER of Social Security,**

   Defendant.

---

   Attorney fees in the amount of $6,650.00 and expenses in the amount of $14.18 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $169.00 are awarded pursuant to 28 U.S.C. § 1920.

   DATED this 23 day of May, 2006.

   _____
   United States District Judge

Submitted on May 19, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
   Attorney for Plaintiff

ORDER - Page 1

William O'Conner
CIVIL ACTION NO. 04-1744-KI

Federal Court Expenses:

    Filing and service postage for Plaintiff's Federal Court Complaint and Supporting Documents .......................... $14.18

Total Expenses: **$14.18.**

Federal Court Costs:

    Federal Court filing fee ............................... $150.00

    Copy costs for Plaintiff's Federal Court Complaint and Supporting Documents ............................... $7.00

    Copy costs for Plaintiff's Opening Brief ..................... $12.00

Total Costs: **$169.00.**

SCHEDULE A - page 1
Attachment to court ORDER